# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-30863
USDC No. 2:13-CV-4998

A True Copy
Certified order issued May 12, 2015

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

MICHAEL SCOTT NELSON,

Petitioner-Appellant

v.

BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY,

Respondent-Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R:

Michael Scott Nelson, Louisiana prisoner # 309912, seeks a certificate of appealability (COA) to appeal the district court's dismissal of his 28 U.S.C. § 2254 application challenging his conviction and sentence for simple burglary. He contends that (1) his trial attorney performed ineffectively by failing to investigate a witness's medical history and by failing to adequately represent him during the multiple offender proceeding; (2) his Fifth, Sixth, and Fourteenth Amendment rights were violated and the trial court abused its discretion by failing to appoint new counsel; and (3) his Fifth and Fourteenth Amendment rights were violated and the trial court abused its discretion by failing to grant a mistrial after his pretrial incarceration and past convictions were disclosed to the jury

No. 14-30863

Nelson has failed to demonstrate that reasonable jurists would find the district court's resolution of his claims debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, the motion for a COA is DENIED.

    /s/ W. Eugene Davis
W. EUGENE DAVIS
UNITED STATES CIRCUIT JUDGE

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 12, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    **No. 14-30863     Michael Nelson v. Burl Cain, Warden**
    USDC No. 2:13-CV-4998

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Sabrina B. Short, Deputy Clerk
    504-310-7817

cc w/encl:
    Mr. Justin Caine Harrell
    Ms. Kathryn W. Landry