# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 19, 2015

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Michael Scott Nelson
  v. Burl Cain, Warden
  No. 15-5657
  (Your No. 14-30863)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 20, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 14-30863   Michael Nelson v. Burl Cain, Warden
                        USDC No. 2:13-CV-4998

Dear Mr. Blevins,

Enclosed is a copy of the Supreme Court order denying certiorari.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Charlene A. Vogelaar, Deputy Clerk
        504-310-7648